

## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

DARRELL WAYNE PHILLIPS,
Appellant

No. 05-92-01935-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the 292nd District Court of Dallas County, Texas. (Tr.Ct.No. F92-41539-JV).

Opinion delivered per curiam, before Justices Lagarde, Chapman, and James.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 28, 1995.

TOM JAMES
JUSTICE



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-92-01935-CR

---

DARRELL WAYNE PHILLIPS, Appellant

V.

THE STATE OF TEXAS, Appellee

---

**On Appeal from the 292nd District Court
Dallas County, Texas
Trial Court Cause No. F92-41539-JV**

---

## OPINION PER CURIAM

Before Justices Lagarde, Chapman, and James

Darrell Wayne Phillips appeals his conviction for burglary of a vehicle. Appellant pleaded guilty to the offense alleged in the indictment without the benefit of a plea bargain agreement on punishment. Appellant also pleaded true to the enhancement paragraphs. The trial court found appellant guilty and assessed a thirty-five-year sentence.

Appellant's attorney filed a brief in which he concludes that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why,

in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant he has a right to file a pro se brief. Appellant did not file a pro se brief.

We have reviewed the record and counsel's brief. We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We have also considered the motion of appellant's counsel to withdraw. We grant the motion to withdraw. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

We affirm the trial court's judgment.

PER CURIAM

Do Not Publish
Tex. R. App. P. 90
921935F.U05